IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:95-MC-00017

| | |
|---|---|
| **In re: Daniel Johnson Willis** | **Order** |

    Daniel Johnson Willis has a long history with this court and the Fourth Circuit Court of Appeals. Both courts have prohibited him from filing additional pleadings or lawsuits without their permission. *See* Prefiling Injunction, *Willis v. Town of Trenton*, No. 96-2066 (4th Cir. Mar. 17, 1997); *Willis v. Town of Trenton*, No. 4:96-CV-6-H(4) (E.D.N.C. Apr. 5, 2002) (imposing another prefiling injunction), *aff'd*, No. 02-1510 (4th Cir. Nov. 15, 2002).

    Willis recently filed a motion in this case with the following title: Motion to Show Order of No. 7:95-MISC-17, Where Plaintiff has Paid for the 20 Lawsuits in Question in Full and Wishes to Continue to Pay for Said Actions in Full. D.E. 14. at 1. The motion appears to ask the court to set aside the prefiling injunctions entered by the Court of Appeals and this court. *Id*. ¶ 3.

    To begin with, this court lacks the authority to modify an order of the Fourth Circuit Court of Appeals. So even if it were inclined to do so, it could not grant this portion of the motion. And Willis has not persuaded the court that it is appropriate to lift its prefiling injunction. Quite the contrary, this motion and the rest of the filings on this docket demonstrate why the injunction is necessary. Willis's motion is denied. D.E. 14.

Dated: July 15, 2020

_____
Robert T. Numbers, II
United States Magistrate Judge